■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

AFI TURNER, Appellant. [616 NYS2d 978] —Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Queens County (Rotker, J.), rendered October 12, 1990.

Ordered that the sentence is affirmed (see, People v Kazepis, 101 AD2d 816, 817; People v Suitte, 90 AD2d 80). Mangano, P. J., Balletta, Ritter, Santucci and Goldstein, JJ., concur.